# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Yvette Mandujano, | Case No. 2:24-cv-00442-GMN-DJA |
| Plaintiff, | |
| v. | **Report and Recommendation** |
| TSE Investments LLC; Regina Louie, | |
| Defendants. | |

The Court previously granted Plaintiff's request to proceed *in forma pauperis* and screened the complaint pursuant to 28 U.S.C. § 1915. (ECF No. 6). In doing so, the Court found that Plaintiff's complaint was deficient. (*Id.*). As a result, the Court dismissed Plaintiff's complaint on March 20, 2024 and granted Plaintiff leave to amend the complaint, requiring that an amended complaint be filed on or before April 19, 2024. (*Id.*).

Plaintiff filed an amended complaint before the deadline, which the Court then screened on May 14, 2024. (ECF No. 9). In screening Plaintiff's amendment, the Court dismissed the claims and gave Plaintiff until June 13, 2024 to file an amended complaint. (*Id.*). In that order, the Court warned Plaintiff that "[f]ailure to comply with this order may result in a recommendation to the district judge that this case be dismissed." (*Id.*). To date, Plaintiff has not filed anything further in this case.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

///

///

///

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: June 20, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE